

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ALBERTO CARDONA GOMEZ, | § | No. 08-16-00272-CR |
| Appellant, | § | Appeal from the |
| v. | § | 109th District Court |
| THE STATE OF TEXAS, | § | of Crane County, Texas |
| State. | § | (TC# 1751) |
| | § | |

**O R D E R**

The record was due to be filed on December 16, 2016, but it has not been received. The District Clerk of Crane County has notified the Court that she has not filed the Clerk's Record because Appellant has not filed a designation of record. The filing of a designation by the appellant is not mandatory. In a case where the appellant does not file a designation, the clerk of the trial court is required to prepare the clerk's record in accordance with Rule 34.5(a) of the Texas Rules of Appellate Procedure. Therefore, we ORDER the District Clerk to prepare and file the Clerk's Record in accordance with Rule 34.5(a) no later than thirty days from the date of this order.

Diane Patillo, Official Court Reporter for the 109th District Court of Crane County, has notified the Court that the reporter's record has not been filed because Appellant has not filed a designation of record and he has not made financial arrangements for the preparation of the reporter's record. It is unclear whether Appellant is entitled to have the record prepared at no cost. Consequently, we find it necessary to order the trial court to conduct a hearing to resolve the issues related to the reporter's record.

Therefore, it is ORDERED that the trial court conduct a hearing in order to determine whether appellant wishes to continue the appeal, whether Appellant is entitled to have the record provided at no cost to him, and whether the record has not been prepared and filed due to the ineffective assistance of appellate counsel. If the trial court determines that Appellant has been

1

deprived of the effective assistance of counsel on appeal, the court is authorized to appoint new counsel.

The trial court shall forward its findings, as well as any orders entered pursuant to this order, to the District Clerk of Crane County, Texas, on or before February 8, 2017. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's findings and forward the same to this Court on or before February 18, 2017. Further, the trial court's reporter shall prepare, certify, and file the record of the trial court proceedings with this Court on or before February 18, 2017.

IT IS SO ORDERED this 19th day of January, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.